IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08-4014-01-CR-C-SOW |
| ) | |
| MICHAEL WORTHLEY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #25) prepared by Magistrate Judge William A. Knox. Defendant Michael Worthley appeared before Magistrate Judge Knox on November 23, 2009 and entered a plea of guilty to Counts 1 and 2 of the indictment.

Magistrate Knox determined that the guilty plea was knowledgeable and voluntary and that there is a factual basis for each of the essential elements of each offense.

Accordingly, it is hereby

ORDERED that defendant Michael Worthley's plea of guilty is accepted. Defendant is adjudged guilty. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Michael Worthley.

                                                    /s/ Scott O. Wright
                                                    SCOTT O. WRIGHT
                                                    Senior United States District Judge

DATED: 11/25/2009